# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

United States of America )
)
v. )
) Case No: M-21-491-SM
David Shane Bumpass, )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 15, 2019 in the county of McClain, in the Western District of Oklahoma, within Indian country, the defendant violated:

### COUNT 1
*Assault by Strangulation*

*Code Sections*
18 U.S.C. § 113(a)(8)
18 U.S.C. § 1153

*Offense Description*
Assault by Strangulation

### COUNT 2
*Assault by Striking, Beating, and Wounding*

*Code Sections*
18 U.S.C. § 113(a)(4)
18 U.S.C. § 1152

*Offense Description*
Assault by Striking, Beating, and Wounding

### COUNT 3
*Simple Assault with Victim Under Age 16*

*Code Sections*
18 U.S.C. § 113(a)(5)
18 U.S.C. § 1153

*Offense Description*
Simple Assault with Victim Under Age 16

### COUNT 4
*Domestic Assault and Battery in Presence of a Minor*

*Code Sections*
21 O.S. § 644(G)
18 U.S.C. § 13
18 U.S.C. § 1152

*Offense Description*
Domestic Assault and Battery in Presence of a Minor

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent James Wren of the Federal Bureau of Investigation which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

_____
JAMES WREN, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: ___August 19, 2021_____
City and State: <u>Oklahoma City, Oklahoma</u>

_____
SUZANNE MITCHELL, U.S. Magistrate Judge

## AFFIDAVIT

I, James Wren, a Special Agent of the Federal Bureau of Investigation (FBI), Oklahoma City Division, being duly sworn, state:

### AFFIANT'S EXPERIENCE

1. I have been employed as a Special Agent (SA) with the FBI since 2019 and have been temporarily assigned to the Oklahoma City Division of the FBI. Since my time in the FBI, I have conducted and participated in a wide variety of investigations, including cases involving assault.

### PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a warrant for the arrest of **David Shane Bumpass** for the following offenses committed in Indian country: Assault by Strangulation, in violation of Title 18, United States Code, Sections 113(a)(8) and 1153; Assault by Striking, Beating, and Wounding, in violation of Title 18, United States Code, Sections 113(a)(4) and 1152; Simple Assault of a Victim Under Age 16, in violation of Title 18, United States Code, Sections 113(a)(5) and 1153; and Domestic Assault and Battery in Presence of a Minor, in violation of 21 Oklahoma Statute, Section 644(G) and Title 18, United States Code, Sections 13 and 1152. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a criminal complaint and an arrest warrant.

## FACTS AND CIRCUMSTANCES

3.      I am aware of the information set forth below through conversations with other law enforcement officers, review of reports and affidavits prepared by other law enforcement officers, and review of documents from related state court proceedings. This case was originally investigated by the McClain County Sheriff's Office (MCSO).

4.      On November 15, 2019, at approximately 1:00 a.m., at 11203 US Highway 177, Byars, Oklahoma, Caryssa Watson (Watson) reported that she was sleeping on her couch when she woke up to her child's father **David Shane Bumpass (Bumpass)** screaming at her while standing over her looking at her cell phone. Watson advised that **Bumpass** then broke her phone, and she went into her bedroom to pick her fifteen-month-old son L.B. (L.B.) up out of his crib because he had been awakened by the yelling. She said she sat on the bed with L.B. and tried to comfort him.

5.      Watson advised **Bumpass** then struck her in the forehead and strangled her. Watson yelled to her uncle Gerald George (George) for help. George came into the room and attempted to intervene to stop the attack. She reported **Bumpass** threatened to kill George, headbutted him in the face, struck him in the chest, and pushed him to the floor. The fall caused injuries to both of George's elbows. Watson took L.B., sat on the living room couch, and begged for **Bumpass** to stop. Watson advised **Bumpass** then strangled her again to the point of passing out. She stated that she thought **Bumpass** would kill her.

6.      Watson said when **Bumpass** let go of her, she walked back toward her bedroom with L.B. in her arms. Before entering the bedroom, **Bumpass** pushed Watson against a wall and

punched her in the face four times. During the assault **Bumpass** struck L.B., busting his lip and causing it to bleed. Watson reported that she was bleeding from her eye.

7. Once Watson realized her son was injured and bleeding, she advised she retrieved a gun from her nightstand to try and stop the assault. The gun was holstered, and Watson told **Bumpass** that she was serious and scared for herself, her son, and her uncle. **Bumpass** took the gun away from Watson and put it in his truck that was parked outside.

8. Watson advised she tried to run out the door of the home when **Bumpass** went to his truck, but **Bumpass** would not allow her to leave and slammed the door on her foot, causing scratches on the top. Watson said she made it outside, but **Bumpass** pulled her back in the home by her hair and was trying to take L.B. from her. **Bumpass** then got in his truck and left. George stated **Bumpass** would also not allow him to leave. George was finally able to get out of the house while **Bumpass** was assaulting Watson and run to Watson's mother's residence.

9. I received a Tribal Citizenship Verification for **Bumpass**, which confirmed that he possesses Indian blood and is an enrolled tribal member of the Chickasaw Nation, a federally-recognized tribe. Consequently, he is an American Indian within the meaning of federal law. The residence at 11203 US Highway 177, Byars, McClain County, Oklahoma, within the Western District of Oklahoma, is within the exterior boundaries of the Chickasaw Nation Reservation, which qualifies as Indian country under Title 18, United States Code, Section 1151.

10. Based on the foregoing facts, I believe that probable cause exists that on or about November 15, 2019, in Byars, McClain County, Oklahoma, in Indian country, within the Western District of Oklahoma, **David Shane Bumpass**, an Indian, committed Assault by

3

Strangulation in violation of Title 18, United States Code, Sections 113(a)(8) and 1153; Assault by Striking, Beating, and Wounding, in violation of Title 18, United States Code, Sections 113(a)(4) and 1152; Simple Assault of a Victim Under Age 16, in violation of Title 18, United States Code, Sections 113(a)(5) and 1153; and Domestic Assault and Battery in the Presence of a Minor, in violation of Title 21, Oklahoma Statute, Section 644(G) and Title 18, United States Code, Sections 13 and 1152.

      Further Your Affiant sayeth not.

                                                    James E. Wren
                                                    Special Agent
                                                    Federal Bureau of Investigation

Subscribed and sworn to before me this the ___19th___ day of August, 2021.

                                                      United States Magistrate Judge